# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY WILLIAMS, et al.,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE, et al.,

    Defendants.

Case No. 2:09-CV-00675-KJD-LRL

**ORDER**

    Currently listed as pending before the Court is Defendant American Family Insurance's Motion for Summary Judgment (#51). On May 10, 2010, the Court granted a Stipulation extending time for Plaintiffs to file a response. (See #55.) Subsequently, on May 24, 2010, Plaintiffs filed a Response (#57) and Counter Motion for Summary Judgment (#61). On June 10, 2010, the parties submitted a Stipulation (#59), which the Court granted on June 11, 2010, (#60), which continued briefing on both pending Motions for Summary Judgment (##51, 61), and took both Motions off of the Court's calendar, "to be renewed after discovery has closed." (#60.) No action has been taken by either party in this action since June 11, 2010. Accordingly, the parties shall file a joint status report on or before March 14, 2011.

1   If the parties fail to comply with the Court's Order, the action will be dismissed pursuant to
2   Local Rule 41-1.  Local Rule 41-1 provides that a civil action that has been pending for more than
3   nine (9) months without any proceeding of record may be dismissed for want of prosecution.
4   Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a joint status report on
5   or before March 16, 2010.
6   DATED this 4th day of March 2011.

_____
Kent J. Dawson
United States District Judge