# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY WILLIAMS, *et al.*,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY ,

    Defendant.

Case No. 2:09-CV-00675-KJD-LRL

**ORDER**

    This Court ordered a status report on March 4, 2011 (#62). In response, the parties filed their Fourth Status Report (#63) indicating that several motions in limine and a motion for summary judgment would follow depositions scheduled for April 12, 2011. The parties are ordered to file a joint status report no later than August 24, 2011. The joint status report should establish a proposed briefing schedule for the motions in limine and summary judgment motions.

    **IT IS SO ORDERED.**

    DATED this 10th day of August 2011.

_____
Kent J. Dawson
United States District Judge